UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, § | | |
| Plaintiff, § | | |
| § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 6:16-cv-00032 |
| § | | |
| VICTORIA COUNTY, TEXAS, et al. § | | |
| Defendants. § | | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff files its notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiff is Disability Rights Texas (DRTx). Defendants are Victoria County Texas and Defendant T. Michael O'Connor, in his official capacity as the Sheriff of Victoria County, Texas.

2. On June 2, 2016, Plaintiff DRTx sued Defendants.

3. Defendants have not been served with process and have not served an answer or a motion for summary judgment.

4. After DRTx filed suit on June 2, 2016, but prior to Defendants being served with process, Defendants indicated their willingness to work with DRTx to resolve the issues in this suit. On June 28, 2016, a Memorandum of Understanding between DRTx and Defendants was finalized.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is without prejudice.

Respectfully submitted,

*/s/ Ashley Barr*

Ashley Barr
Attorney-in-Charge
State Bar No. 24078198
Federal ID No. 2876722
abarr@drtx.org
BETH MITCHELL
State Bar No. 00784613
Federal ID No. 29054
bmitchell@drtx.org

DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, Texas 78758
(512) 454-4816 (Phone)
(512) 454-3999 (Fax)

ATTORNEYS FOR PLAINTIFF