UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS TEXAS, | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:16-cv-00032 |
| | § | |
| VICTORIA COUNTY, TEXAS, et al. | § | |
| Defendants. | § | |

**ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL**

After considering Plaintiff Disability Rights Texas's Notice of Dismissal, the Court GRANTS the notice and DISMISSES the case without prejudice.

SIGNED on _____, 2016.

_____
UNITED STATES DISTRICT JUDGE